## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | Case No. 19-12073-JCO-13 |
| | Chapter 13 |
| Roland R. Harvey | |
| | |
| Debtor | |

### TRUSTEE'S OBJECTION TO CONFIRMATION
### AND MOTION TO DISMISS PRE-CONFIRMATION

COMES NOW, Daniel B. O'Brien, and pursuant to 11 U.S.C. §1325 objects to confirmation of the Debtor plan as filed. As grounds for said objection, the Trustee states as follows:

1. The Debtor filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on June 20, 2019.

2. The Debtor §341 Meeting of Creditors was held September 05, 2019.

(**X**) The Debtor has failed to commence plan payments as required by 11 U.S.C. §1326. Plan delinquency is $2,770.00.

(**X**) The Trustee requests an amended plan to properly treat Kirkland Financial. Creditor is not entitled to treatment in 7.2 of the plan.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the Debtor plan and requests that the case be dismissed or in the alternative continued until such time as the above referenced issues have been resolved

Respectfully submitted this October 01, 2019.

/s/Daniel B. O'Brien
_____
Daniel B. O'Brien
CHAPTER 13 TRUSTEE
P.O. Box 1884
Mobile, AL 36633
Phone: (251)438-4615

## CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this October 01, 2019.

By First Class Mail:
Roland R. Harvey
P.O. Box 112
Stockton, AL  36579

By Electronic Notification:
Stephen L. Klimjack LLC

/s/Daniel B. O'Brien
_____
Daniel B. O'Brien
CHAPTER 13 TRUSTEE